UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No.: 4:09-CR-27-SPM

TERRANCE MAURICE WASHINGTON,

    Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

PURSUANT TO the Report and Recommendation (doc. 25) of the United States Magistrate Judge William C. Sherrill, Jr., to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, TERRANCE MAURICE WASHINGTON, to Counts One and Two of the indictment is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this twenty-eighth day of May, 2009.

                                                     _s/ Stephan P. Mickle_
                                                     Stephan P. Mickle
                                                     United States District Judge