**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

vs. 4:09-CR-27-SPM/WCS

TERRANCE MAURICE WASHINGTON,

    Defendant.

_____/

**ORDER GRANTING MOTION TO CONTINUE SENTENCING**

THIS CAUSE comes before the Court upon the Defendant's Unopposed Motion to Continue Sentencing (doc. 29). Good cause having been found, it is hereby **ORDERED AND ADJUDGED**:

1. The motion (doc. 29) is *granted*.

2. Sentencing is rescheduled for **Monday, November 16, 2009, at 1:30 p.m.** in Tallahassee, Florida.

**DONE AND ORDERED** this twelfth day of August, 2009.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          Chief United States District Judge