IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                            Case No.:4:09-cr-27-SPM/WCS

TERRANCE MAURICE WASHINGTON,

       Defendant.
_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

This cause comes before the Court on the Defendant's Unopposed Motion to Continue Sentencing (doc. 31). As grounds, Defendant states that Defendant is in the midst of cooperation with the Government. The Government does not oppose the motion to continue.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      The Defendant's motion to continue (doc. 31) is hereby *granted*.

2.      Sentencing is reset for **Monday, December 21, 2009, at 1:30 p.m.** in Tallahassee, Florida.

**DONE AND ORDERED** this fifth day of November, 2009.

                                     *s/ Stephan P. Mickle*
                                     Stephan P. Mickle
                                     Chief United States District Judge